UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. Case Number: _____ |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Marco Antonio CAMARENA | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about July 23, 2008, within the Southern District of California, Marco Antonio CAMARENA did knowingly and intentionally import approximately 233.60 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH DAY OF
July, 2008.

MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On July 23, 2008, at approximately 0730 hours, Marco Antonio CAMARENA attempted to enter the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. CAMARENA was the sole occupant and driver of 2001 Blue Ford Windstar Mini Van bearing California, United States (CA/US) license plates 4SFT010.

Customs and Border Protection (CBP) Officers referred the vehicle to secondary after a cursory search of the vehicle revealed packages under blankets in the rear cargo area of the vehicle. A narcotic detector dog also alerted and responded to the presence of a narcotic odor emitting from the vehicle. At the vehicle secondary inspection area, examination of the vehicle revealed 91 packages totaling 233.60 kilograms of a green-leafy substance. A random field test of one of the packages revealed a positive reaction for marijuana.

On July 23, 2008, at approximately 1113 hours, Immigration and Customs Enforcement (ICE) Special Agent (S/A) Adam Weber and San Diego Police Officer Luis Benavides contacted CAMARENA and told him he was under arrest for attempting to smuggle narcotics into the United States. After CAMARENA was read his constitutional rights, per Miranda, in the Spanish language, CAMARENA waived his rights and agreed to make a statement. CAMARENA stated that he knew that the 2001 Blue Ford Windstar contained marijuana and that he was to be paid $3000.00 to drive the vehicle

across the United States Mexico border and deliver it to a trailer park in San Ysidro, California.

Marco Antonio CAMARENA was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.